**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 06, 2026

Mr. Russell Reid Abrutyn
Abrutyn Law
15944 W. 12 Mile Road
Southfield, MI 48076

Ms. Miriam J. Aukerman
American Civil Liberties Union Fund of Michigan
1514 Wealthy Street, S.E.
Suite 260
Grand Rapids, MI 49506

Mr. Marty Berger
American Civil Liberties Union Fund of Michigan
1514 Wealthy Street, S.E.
Suite 260
Grand Rapids, MI 49506

Mr. M. Samer Budeir
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044-0878

Mr. Christopher William Dextre
U.S. Department of Justice
Civil Division
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

Ms. Brianne Jenna Gorod
Constitutional Accountability Center

1200 18th Street, N.W.
Suite 501
Washington, DC 20036

Mr. Benjamin Timothy Hayes
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Amit Jain
Roderick & Solange MacArthur Justice Center
501 H Street, N.E.
Suite 275
Washington, DC 20002

Ms. Bonsitu Asia Kitaba
ACLU Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201

Mr. Jesse David Lorenz
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044-0878

Ms. Suchita Mathur
American Immigration Council
PMB 2026
2001 L Street, N.W.
Suite 500
Washington, DC 20036

Mr. Philip Edwin Mayor
ACLU Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201

Mr. Malcolm McDermond
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868
Washington, DC 20044

Ms. My Khanh Ngo
American Civil Liberties Union
Center for Democracy
425 California Street
Seventh Floor
San Francisco, CA 94104

Ms. Judy Rabinovitz
American Civil Liberties Union
125 Broad Street
18th Floor
New York, NY 10004

Ms. Marie Vanderbilt Robinson
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044-0878

Mr. Michael Tan
American Civil Liberties Union
Center for Democracy
425 California Street
Seventh Floor
San Francisco, CA 94104

Mr. Ramis Jamal Wadood
ACLU Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201

　　Re:  Case No. 25-1965/25-1969/25-1978/25-1982
　　　　*Juan Lopez-Campos v. Kevin Raycraft, et al*
　　　　Originating Case No. 2:25-cv-12486

Dear Sir or Madam,

　Enclosed is a copy of the amended caption which is to be used in all future filings.

　　　　　　　　　　　Sincerely,

　　　　　　　　　　　s/Kelly Stephens
　　　　　　　　　　　Appeal Case Manager: Michelle
　　　　　　　　　　　Direct Dial No. 513-564-7035