# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 24, 2026

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Jun 26, 2026
KELLY L. STEPHENS, Clerk

Re:  Kevin Raycraft, Acting Director of the Detroit Field Office of U.S. Immigration and Customs Enforcement, et al.
v. Juan Manuel Lopez-Campos, et al.
No. 25-1415
(Your No. 25-1965, 25-1969, 25-1978, 25-1982)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 22, 2026 and placed on the docket June 24, 2026 as No. 25-1415.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst